# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DEANDRE GRIFFIN,

               Plaintiff,

     v.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, *et al.*,

             Defendants.

Case No. CV 11-3458 DOC (JCG)

**JUDGMENT**

 

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.


DATED: August 24, 2012

_David O. Carter_

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1